IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

**MICHAEL HENLEY,**

    **Plaintiff,**

v.    Case No.  1:24-cv-1366

**ALBERT ASSOCIATES, LLC,**

    **Defendant.**

STIPULATION OF DISMISSAL

Plaintiff Michael Henley, through his undersigned counsel, hereby stipulates to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with costs taxed as paid.

Respectfully submitted this November 04, 2024.

        By: ___/S/_____
        C. James Terry, Esq. (30894)
        Counsel for Plaintiff
        Law Office of C. James Terry, LLC
        20 S Charles Street, Suite 400
        Baltimore MD 21201
        410-699-0558
        c.james@terryatlaw.com